/ub/ljs/13195.001/STIP-DIS
LJS/sb

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
APR 1 5 1999
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| FRANK A. BENEVENTO, II<br>Plaintiff<br><br>VS.<br><br>UNITED SERVICES BROKERAGE, INC.,<br>U.S. (UNITED SERVICES) GLOBAL<br>INVESTORS, INC., f/k/a<br>UNITED SERVICES ADVISORS, INC.<br>and UNITED SHAREHOLDERS<br>SERVICES, INC.,<br>Defendants | § § § § § § § § § § § § § § § CIVIL ACTION NO.SA-97CA-0210 |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that all of the claims and causes of action of Plaintiff FRANK A. BENEVENTO II and that all counterclaims and causes of action of Defendants and Counter-Plaintiffs are compromised and settled. Therefore, the parties respectfully request that the Court dismiss said claims and causes of action with prejudice pursuant to Federal Rule of Civil Procedure 41.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all of the claims and causes of action of Plaintiff FRANK A. BENEVENTO II and that all counterclaims and causes of action of Defendants and Counter-Plaintiffs, UNITED SERVICES BROKERAGE, INC., U.S. (UNITED SERVICES) GLOBAL INVESTORS, INC., f/k/a, UNITED SERVICES ADVISORS, INC. and UNITED SHAREHOLDERS SERVICES, INC., be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41.

DATED this 15th day of April, 1999.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

EMMONS & ASSOCIATES, P.C.
3223 Smith, Suite 303
Houston, Texas 77006
Telephone: (713) 522-4435
Telecopier: (713) 527-8850

By: _____
Wm. B. Emmons
State Bar No. 06610450

ATTORNEYS FOR PLAINTIFF,
FRANK A. BENEVENTO, II


DAVIS, CEDILLO & MENDOZA, INC.
Harte-Hanks Tower, Suite 400
200 Concord Plaza
San Antonio, Texas 78216-6950
Telephone: (210) 822-6666
Telecopier: (210) 822-1151

By: _____
Les J. Strieber, III
State Bar No. 19398000

ATTORNEYS FOR DEFENDANTS AND
COUNTER-PLAINTIFFS, UNITED SERVICES
BROKERAGE, INC., U.S. (UNITED SERVICES)
GLOBAL INVESTORS, INC., f/k/a, UNITED
SERVICES ADVISORS, INC. and UNITED
SHAREHOLDERS SERVICES, INC.